DAVID C. FARMER ATTORNEY AT LAW LLLC
David C. Farmer    3946
225 Queen Street, Suite 15A
Honolulu, HI 96813-4639
Telephone: (808) 222-3133
Facsimile: (808) 529-8642
E-Mail: farmerd001@hawaii.rr.com

Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DESERT PALACE, INC., dba CAESARS PALACE, <br><br> Plaintiff, <br><br> vs, <br><br> CHAO LIANG CHANG, <br><br> Defendant. | CASE NO. MS01-00148-DAE-BMK |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the Subpoena in a Civil Case, filed herein May 24, 2006, was duly served on the parties listed below by U.S mail, postage prepaid, May 25, 2006.

> CHAO LIANG CHANG
> 168 Lumahai St.
> Honolulu, HI 96825

DATED: Honolulu, Hawaii; May 25, 2006.

> /s/ David C. Farmer
> DAVID C. FARMER
> Counsel for the Debtors

133666-1